CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
LISA SHINAR LABARRE (Bar No. 246429)
(E-Mail: Lisa_LaBarre@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1476
Facsimile: (213) 894-0081

Attorneys for Defendant
CARL BENNINGTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARL BENNINGTON, <br><br> Defendant. | Case No. CR 20-255-DMG <br><br> ***EX PARTE* APPLICATION TO FILE SENTENCING POSITION UNDER SEAL** |

Defendant Carl Bennington, by and through his attorney of record, Deputy Federal Public Defender Lisa Shinar LaBarre, hereby moves this Honorable Court for an order that the defense sentencing position, lodged herewith, be filed under seal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 7, 2021     By */s/ Lisa Shinar LaBarre*
                             LISA SHINAR LABARRE
                             Deputy Federal Public Defender

# MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal.

The Ninth Circuit Court of Appeals has a standing local rule permitting the filing of confidential sentencing documents under seal. *See* Ninth Circuit Rule 30-1.8. Similarly, Mr. Bennington's sentencing position references detailed personal and private information regarding Mr. Bennington's mental health and medical history, as well as information protected by the protective order in this matter. (Dkt. no. 33.)

It is submitted that the attached declaration of counsel is sufficient to justify that Mr. Bennington's sentencing position, lodged herewith, be filed under seal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 7, 2021          By   */s/ Lisa Shinar LaBarre*
                                   LISA SHINAR LABARRE
                                   Deputy Federal Public Defender

1

## DECLARATION OF LISA SHINAR LABARRE

I, Lisa Shinar LaBarre, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant Carl Bennington in the above-titled action.

2. The sentencing position lodged herewith contains sensitive and confidential information regarding the instant matter, specifically, detailed information about Mr. Bennington's mental health and medical history. The sentencing position additionally contains information protected by the protective order in this matter. (Dkt. no. 33.)

3. The defense therefore asks this Court to permit the filing of this motion under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April 7, 2021        By  /s/ Lisa Shinar LaBarre
                                      LISA SHINAR LABARRE
                                      Deputy Federal Public Defender