PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Carl De Vera Bennington                                   Docket No.: 2:20-CR-00255-DMG-1

**Petition on Probation and Supervised Release (Modification)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Carl De Vera Bennington</u> who was placed on supervision by the Honorable <u>DOLLY M. GEE</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>14th</u> day of <u>April</u>, <u>2021</u> who fixed the period of supervision at <u>18 months</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Bennington traveled without permission and needs closer monitoring. The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Carl De Vera Bennington, as a special condition of supervision, is restricted to his residence for a period of 60 days every day from 11:00 p.m. to 6:00 a.m. or as directed by the Probation Officer.

When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, Carl De Vera Bennington shall perform 10 hours of community service per week as directed by the Probation & Pretrial Services Office.

ORDER OF COURT

Considered and ordered this  27th  day of  Feb , 2024 and ordered filed and made a part of the records in the above case.

*/s/ Dolly M. Gee*

United States District Judge
HONORABLE DOLLY M. GEE

Respectfully,

DANIEL PRECIADO /S/
U. S. Probation & Pretrial Services Officer

Place:     West Covina, California

Approved: KALIA BATTS /S/
          Supervising U.S. Probation & Pretrial Services Officer

Date:      February 27, 2024