CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
LISA LABARRE (Bar No. 246429)
(E-Mail: Lisa_LaBarre@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1476
Facsimile: (213) 894-0081

Attorneys for Defendant
CARL BENNINGTON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CARL BENNINGTON, Defendant. | Case No. CR 20-255-DMG **REPORT BY LCSW RAQUEL CHAVEZ** Hearing Date: July 17, 2024 Hearing Time: 9:00 a.m. |

Carl Bennington, by and through his attorney of record, Deputy Federal Public Defender Lisa LaBarre, hereby files the attached report by Licensed Clinical Social Worker Raquel Chavez.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 16, 2024        By /s/ Lisa LaBarre
                              LISA LABARRE
                              Deputy Federal Public Defender

# Report by LCSW Raquel Chavez

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
213-894-0081 FAX

**CUAUHTEMOC ORTEGA**  **ANGELA VIRAMONTES**
*Federal Public Defender*  *Riverside Branch Chief*
**AMY M. KARLIN**  **KELLEY MUNOZ**
*Chief Deputy*  *Santa Ana Branch Chief*
 **K. ELIZABETH DAHLSTROM**
 *Chief, Capital Habeas Unit*

Direct Dial: (213) 894-1896

**Mitigation Report - Carl de Vera Bennington**
Prepared by Raquel Chavez, LCSW
*Submitted to Lisa LaBarre via Email on July 15, 2024*

## I. Introduction

In my capacity as a social worker at the Federal Public Defender's Office I have prepared this mitigation report of Carl de Vera Bennington to assist with fulfilling the court's request for an assessment of the client.

I have developed this mitigation report based on my formal social work training, as well as years of experience providing social services to adults with substance use and mental health diagnoses. I am a registered Licensed Clinical Social Worker (LCSW 114068) with the California Board of Behavioral Sciences.

## II. Process & Information Sources

This mitigation report is based on one in-person interview. I have also reviewed available school, and mental health records.

1. In-person meeting with Carl at the Office of the Federal Public Defender on June 3, 2024.
2. Emanate Health Inter-Community Hospital records
3. Detection and Treatment Resources records
4. Psychiatric Evaluation report of Carl Bennington by Nathan E. Lavid, M.D, on July 13, 2020.
5. Aurora Charter Oak Hospital records
6. Enki Health Services, Inc. records
7. Citrus College unofficial transcript

## III. Identifying Information

Carl is a 37-year-old male. He was referred to the Social Service Unit (SSU) for the completion of a biopsychosocial assessment to assist with providing insight into the client's background.

## IV. Undertreated Mental Health Symptoms

In the Spring of 2019, when Carl was 32 years old his mind "popped."[1] Prior to this, Carl's family hadn't noticed any mental health symptoms. Carl was hospitalized twice in 2019, in July and September, due to psychiatric symptoms. At the time, Carl's symptoms included auditory hallucinations and paranoia about a girl following him and his car being tracked.

Carl was connected to Detection and Treatment Resources (DTR) by September of 2023 and has received therapy and psychiatry from DTR since then, except for a brief period of time in April 2024 when he missed two appointments and was discharged.[2] Carl quickly re-enrolled in DTR in May of 2024. Carl's initial psychiatric visit identified the following psychotic symptoms: hearing voices, feeling paranoid, being followed, thought broadcasting, and the television giving him subliminal messages. Carl's DTR psychiatrist noted previous hospitalizations for tremors and it was unclear if the tremors were related to his medication. DTR psychiatrist assessed Carl's risk level as low and prescribed Abilify for psychosis.

On February 21, 2024, Carl voluntarily admitted himself to Emanate Health Inter-community Hospital due to hearing voices over the previous week that increasingly got worse. He reported the voices were telling him to do things. He was prescribed olanzapine for agitation, trazadone for sleep, and hydroxyzine for anxiety. Carl was diagnosed with psychosis unspecified, schizophrenia, and major depressive disorder.

It's noted in the records that Carl was "nonmedication compliant with Zyprexa"[3] has poor coping skills, poor medication compliance, and poor resources and support. Carl was discharged on February 23, 2024 with a primary diagnosis of schizophrenia.[4]

DTR increased the frequency of the client's therapy to weekly after Carl's hospitalization.

    a.  **Family Stressors**

Carl's mother was hospitalized around January 2024 after having a heart attack (and/or possible stroke) and indicated to his DTR therapist that he has been distressed and has been stepping up to assist her, including taking care of the household bills. Carl's mother appears to have multiple chronic medical conditions, including type 2 diabetes and end-stage renal disease.[5]

**V.   Family and Home Environment**

Carl believes his upbringing was normal and is quick to minimize any stressors he's experienced.

---

[1] Psychiatric Evaluation report of Carl Bennington by Nathan E. Lavid, M.D. on July 13, 2020, page 11.

[2] Detection and Treatment Resources records, page 10.

[3] Emanate Health Inter-Community Hospital records, page 20.

[4] Emanate Health Inter-Community Hospital records, page 20.

[5] Emanate Health Inter-Community Hospital records, page 27.

### a. Loss of Father

Carl's father died from leukemia when Carl was three. His father was 48 years old at the time and his mother was pregnant with Carl's younger sister, Candace. Carl has limited insight into how the loss of his father has affected him. Research on Adverse Childhood Experiences (ACEs) has identified loss of a parent through divorce, abandonment, or death as one possible indicator of childhood experiences that can affect one's health and wellbeing.[6]

### b. Childhood Trauma

Carl's sister, Candace, disclosed during an argument with the client that when she and Carl were younger a boarder in their home molested both of them.[7] In hindsight, Carl's mother believes this was quite plausible, even though Carl hasn't talked about this experience with many people.[8]

### c. History of Homelessness

Prior to Carl's first psychiatric hospitalization in July of 2019, he was living in his car for at least six months. Carl explained during a psychiatric evaluation in 2020 that he was selling Obama phones and the job didn't work out, causing him to become homeless.[9] After being discharged from his first hospitalization, he has since received support from his family with housing.

## VI. Strengths

Carl describes himself as confident, assertive and resilient and has goals of starting his own business. He has family support and appears to seek out medical help when he's reached his limits. Carl acknowledges and agrees with having a diagnosis of schizophrenia.

## VII. Recommendations

### a. Continue Mental Health Treatment

Carl is currently receiving telehealth mental health treatment from DTR, including therapy and psychiatry. He may benefit from consistent long-term treatment from a provider that he connects with. Carl may benefit from receiving psycho-education about long-term medication adherence for psychotic disorders and may benefit from a medication evaluation to ensure any medications prescribed by hospitals are known by his DTR psychiatrist. Carl may benefit from further psychiatric consultation regarding his overall clinical presentation, including uncontrolled jaw movements to rule out any additional diagnoses and treatment needs.

### b. Apply for Public Benefits

Carl receives family support to meet his basic needs. He currently receives CalFresh and is interested in reapplying for General Relief and Supplemental Security Income. The Social Support Unit at the FPD's office will assist the client with accessing these resources.

---

[6] https://www.acesaware.org/wp-content/uploads/2020/05/Provider-Toolkit-The-Science-of-ACEs-and-Toxic-Stress.pdf

[7] Psychiatric Evaluation report of Carl Bennington by Nathan E. Lavid, M.D, on July 13, 2020, page 5.

[8] Psychiatric Evaluation report of Carl Bennington by Nathan E. Lavid, M.D, on July 13, 2020, page 2.

[9] Psychiatric Evaluation report of Carl Bennington by Nathan E. Lavid, M.D, on July 13, 2020, page 4.

**VIII.     Conclusion**

Carl has family support, a community college education, a work history, and is goal oriented. He acknowledges his mental health symptoms and with continued support to work through life stressors, he has the pieces in place that he needs to accomplish his goals in life.