UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CR 20-00255-DMG | Date | July 17, 2024 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**   Page 1 of 1

Interpreter  N/A

| Kelly Davis | Miranda Algorri | David Ryan |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Carl De Vera Bennington | ✓ | | ✓ | Lisa LaBarre, DFPD | ✓ | ✓ | |

**Proceedings: PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

Cause called and counsel make their appearance. U.S. Probation and Pretrial Officer Daniel Preciado is also present.

Defendant is advised of his constitutional rights and Defendant's constitutional waivers are taken. Defense counsel joins in waiver of Defendant's constitutional rights. Defendant voluntarily waives his right to a hearing on the allegations. Defendant is sworn and the Court questions Defendant regarding the alleged violations of supervised release.

Defendant ADMITS Allegation Numbers 3 and 5 as charged in the Petition. The Court accepts Defendant's admission and finds Defendant in violation of supervised release.

The Court orders that Supervised Release is revoked as to Counts 1 and 2 of the Indictment. Defendant is sentenced to a term of TIME SERVED, as to Counts 1 and 2 of the Indictment.

The defendant shall be placed on Supervised Release for a term of SIX MONTHS, as to Counts 1 and 2 of the Indictment, on the same terms and conditions as previously imposed, with the following additional condition:

1. The defendant shall use and possess a mobile device approved by the Probation Officer. All digital devices in his residence shall be subject to search by the Probation Officer in conjunction with law enforcement. If a problem arises with monitoring the defendant's particular brand of cell phone, the Probation Office shall bring it to the Court's attention.

Defendant is advised of his appeal rights. The Court grants the government's Motion to Dismiss Allegation Nos. 1, 2, and 4 of the Petition.

0:17

cc: USPPO