UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 20-00255-DMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT ON VIOLATION |
| V. | ) | OF CONDITIONS OF |
| | ) | SUPERVISED RELEASE |
| CARL DE VERA BENNINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On July 17, 2024, Defendant, CARL DE VERA BENNINGTON, appeared before the Court with his appointed counsel, Lisa LaBarre, DFPD, for a hearing on the Probation Officer's Petition re Preliminary Revocation of Supervised Release. David Ryan, AUSA, appeared for the Government. United States Probation and Pretrial Officer, Daniel Preciado, was also present.

     Defendant is advised of his constitutional rights and Defendant's constitutional waivers are taken. Defense counsel joins in waiver of Defendant's constitutional rights. Defendant voluntarily waives his right to a hearing on the allegations. Defendant is sworn and the Court questions Defendant regarding the alleged violation of supervised release.

     Defendant ADMITS Allegation Numbers 3 and 5 as charged in the Petition. The Court accepts Defendant's admissions and finds Defendant in violation of supervised release.

     The Court orders that Supervised Release is revoked as to Counts 1 and 2 of the Indictment. Defendant is sentenced to a term of TIME SERVED, as to Counts 1 and 2 of the Indictment.

  The defendant shall be placed on Supervised Release for a term of SIX MONTHS, as to Counts 1 and 2 of the Indictment, on the same terms and conditions as previously imposed, with the following additional condition:

1. The defendant shall use and possess a mobile device approved by the Probation Officer. All digital devices in his residence shall be subject to search by the Probation Officer in conjunction with law enforcement. If a problem arises with monitoring the defendant's particular brand of cell phone, the Probation Office shall bring it to the Court's attention.

  Defendant is advised of his appeal rights. The Court grants the government's Motion to Dismiss Allegation Nos. 1, 2, and 4 of the Petition.

DATED: July 17, 2024

                       _____
                        DOLLY M. GEE
                        CHIEF UNITED STATES DISTRICT JUDGE

FILED: July 17, 2024
BRIAN D. KARTH, CLERK

By:   /s/
    Kelly Davis, Deputy Clerk