PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Carl De Vera Bennington                        Docket No.: 2:20-CR-00255-DMG-1

**Petition on Probation and Supervised Release (Modification)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Carl De Vera Bennington who was placed on supervision by the Honorable DOLLY M. GEE sitting in the Court at Los Angeles, California, on the 17th day of July, 2024 who fixed the period of supervision at six months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Bennington needs additional monitoring and structure. The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Mr. Bennington, shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer. The offender shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

Mr. Bennington shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that facility.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 4th day of September, 2024 and ordered filed and made a part of the records in the above case. | DANIEL PRECIADO /S/ |
| | U. S. Probation & Pretrial Services Officer |
| /s/ Dolly M. Gee | Place: West Covina, California |
| Chief United States District Judge HONORABLE DOLLY M. GEE | Approved: KALIA BATTS /S/ |
| | Supervising U.S. Probation & Pretrial Services Officer |
| | Date: August 28, 2024 |